

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00170-CR

| | | |
|---|---|---|
| The State of Texas | § | From County Criminal Court No. 1 |
| | § | of Tarrant County (1399530) |
| v. | § | May 12, 2016 |
| | § | Opinion by Chief Justice Livingston |
| Connie Torrez | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order granting appellee Connie Torrez's motion to suppress. It is ordered that the order of the trial court is reversed and this case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that the State of Texas shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
Chief Justice Terrie Livingston